1.

22-814
SECT. H MAG. 1

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Jason J. Spikes
v.
Public Defender          Case No.
John Linder

Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241
28 USCA § 1651
28 USCA § 1367 Spikes vs. Louisiana 18-08884 Eastern District of Louisiana

## Personal Information

1. (a) Your full name: Jason Jarrell Spikes
   (b) Other names you have used: Jason Jarrell Hughes

2. Place of confinement:
   (a) Name of institution: Rayburn Correctional Center
   (b) Address: 27268 Hwy. 21 Angie, LA 70426
   (c) Your identification number: 537025

3. Are you currently being held on orders by: State authorities

4. Are you currently:
   Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:

TENDERED FOR FILING
MAR 28 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee
Process
X Dktd
CtRmDep
Doc.No.

2.

(a) Name and location of court that sentenced you: 22nd Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number of criminal case: #16-CR6-129868
(c) Date of sentencing: June 26, 2017

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
Other: Improper and Ineffective Counsel

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: 22nd Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number, case number, or opinion number: #14-CR8-126847
(c) Decision or action you are challenging: Improper and Ineffective Counsel
(d) Date of the decision or action: I haven't filed yet

### Your Earlier Challenges of the Decision or Action

7. First appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy? No
(b) If you answered "No", explain why you did not appeal: I haven't got to the point of filing to appeal

8. Second appeal
After the first appeal, did you file a second appeal to a higher authority, agency, or court? No
(b) If you answered "No", explain why you did not file a second appeal: I haven't got to the point of filing to appeal.

9. I don't need to file

10. I don't need to file

11. I don't need to file

12. I don't need to file

Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground

GROUND ONE: 5th, 6th, and 14th Amendments
(a) Supporting facts: John Linder appointed James S. Knight to be my counsel, but he wasn't.
(b) Did you present Ground One in all appeals that were available to you? No

GROUND TWO: 5th, 6th, and 14th Amendments
(a) Supporting facts: Brian Meissner was my counsel and he wasn't hired by the Public Defender Office. I'm am a indigent defendant the Public Defender Office suppose to hire me my attorney.
(b) Did you present Ground Two in all appeals that were available to you? No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I can't file into the district court to get an answer on a motion, because I'm lock up and if I mail it to the district court it's not going to get put on the docket. So, I

4.

have to wait until I get out to make sure it get put on the docket in the district court so I can appeal.

### Request for Relief

15. State exactly what you want the court to do: Civil, Criminal, and Administrative Liabilities

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 03-07-2022

I declare under penalty of perjury that I am the petitioner. I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03-07-2022                    Jason Spikes

Jason J Spikes
557023
R.C.C.
27268 Hwy. 21
Angie, LA 70426

JAN 25 2022

Eastern District of Louisiana
500 Poydras St
New Orleans, LA 70130

US POSTAGE — PITNEY BOWES
ZIP 70426
02 4W
0000374756
$ 001.96⁰
MAR 2022

Signature Should Match Tape. If Not Tampered With

